

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                      24-CR-97-LJV-JJM
                                                        DECISION & ORDER
JORDAN LIPPERT,

                Defendant.

_____


      1.      On December 30, 2024, the defendant, Jordan Lippert, pleaded guilty

to Count 3 of the indictment charging a violation of Title 18, United States Code, Section

933(a)(1) and (a)(3) (conspiracy to traffic in firearms).  Docket Item 32.

      2.      On December 30, 2024, the Honorable Jeremiah J. McCarthy, United

States Magistrate Judge, filed a Report & Recommendation recommending that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty.

Docket Item 34.

      3.      This Court has not received objections to the Report & Recommendation

in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of

the Federal Rules of Criminal Procedure, and the time to object now has expired.

      4.      This Court has carefully reviewed de novo Judge McCarthy's

Report & Recommendation (Docket Item 34), the plea agreement (Docket Item 32), the

indictment (Docket Item 1), a transcript of the plea proceeding (Docket Item 38), and the

applicable law.  This Court finds no legal or factual error in Judge McCarthy's Report &

Recommendation and therefore adopts Judge McCarthy's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 3 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's December 30, 2024 Report & Recommendation, Docket Item 34, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Jordan Lippert is now adjudged guilty under Title 18, United States Code, Section 933(a)(1) and (a)(3).

SO ORDERED.

Dated: April 8, 2025
       Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE

2